

*Department of Law*
Monroe County, New York

**Maggie Brooks**
County Executive

**Daniel M. DeLaus, Jr.**
County Attorney

November 28, 2006

**Via Facsimile 613-4065**

Hon. Michael A. Telesca
District Court Judge
100 State Street
Rochester, NY 14614

Re:  **Wright v. Monroe County, et al.**
     **Case No. 05 CV 6268 T (P)**

Dear Judge Telesca:

Michael Davis is out of the office due to a family emergency. Reply papers in the above matter are due on December 1, 2006. At this time, we respectfully request an extension to December 15, 2006 in order to file these papers. It is our understanding that the motion will be considered without oral argument. I have spoken with Mr. Naylon and he has agreed to this extension.

If you require anything further in this matter, please contact this office.

Thank you.

Very truly yours,

Deborah A. Miller
Litigation Secretary
Telephone: (585) 753-1404

\dm

xc:  Patrick Naylon, Esq.  **Via Facsimile 295-8300**

**SO ORDERED**

S/MICHAEL A. TELESCA
_____
**MICHAEL A. TELESCA**
**United States District Judge**
DATED: 11/28/06

H:\ATTY\DAVIS\Litigation files\Wright T\Telesca let.doc

307 County Office Building • 39 West Main Street • Rochester, NY 14614
(585) 753-1380 • *fax:* (585) 753-1375 • *www.monroecounty.gov*